[No. 31185-9-I.   Division One.   June 14, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT
EUGENE LEWIS, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 91-1-02200-0, Warren Chan, J., entered June 7,
1992. *Affirmed* by unpublished per curiam opinion.


[No. 31110-7-I.   Division One.   June 14, 1993.]

THE STATE OF WASHINGTON, *Appellant*, v. OBEDIO
MENDOZA-VEGA, *Respondent*.

Appeal from a judgment of the Superior Court for King
County, No. 91-1-05850-1, James D. McCutcheon, Jr., J.,
entered June 29, 1992. *Reversed* by unpublished per curiam
opinion.


[No. 30861-1-I.   Division One.   June 14, 1993.]

JAMES NEFF, ET AL, *Appellants*, v. ALLSTATE INSURANCE
COMPANY, *Respondent*.

Appeal from a judgment of the Superior Court for What-
com County, No. 92-2-00337-2, Michael F. Moynihan, J.,
entered May 29, 1992. *Affirmed* by unpublished opinion per
Kennedy, J., concurred in by Pekelis, A.C.J., and Scholfield,
J. Now published at 70 Wn. App. 796.


[No. 11647-6-III.   Division Three.   June 15, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. RONALD
HOWARD REDFIELD, *Appellant*.

Appeal from a judgment of the Superior Court for Yakima
County, No. 90-1-01766-0, Susan L. Hahn, J., entered May
31, 1991. *Affirmed* by unpublished opinion per Shields, C.J.,
concurred in by Thompson and Sweeney, JJ.